IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SHAWN M. DYCHES )<br>**Debtor(s)** )<br> )<br>PRESTIGE FINANCIAL SERVICES )<br>**Moving Party** )<br> )<br>v. )<br> )<br>SHAWN M. DYCHES )<br>**Respondent(s)** )<br> )<br>WILLIAM C. MILLER )<br>**Trustee** )<br> )<br> ) | CHAPTER 13<br><br>Case No.: 20-11199 (MDC) |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Prestige Financial Services and the Debtor in settlement of the Objection To Confirmation, and filed on or about July 22, 2020 in the above matter is APPROVED.

Dated: July 23, 2020

BY THE COURT:

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE