United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shawn M. Dyches  
    Debtor

Case No. 20-11199-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jul 23, 2020  
                    Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.  
db          +Shawn M. Dyches,   202 Stearly Street,   Philadelphia, PA 19111-5915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: megan.harper@phila.gov Jul 24 2020 04:21:05   City of Philadelphia,  
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
                Philadelphia, PA  19102-1595  
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2020 04:20:45  
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
                Harrisburg, PA  17128-0946  
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 24 2020 04:21:03    U.S. Attorney Office,  
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
cr          +E-mail/Text: bankruptcy@gopfs.com Jul 24 2020 04:21:14    Prestige Financial Services,  
                PO Box 26707,   Salt Lake City, UT 84126-0707  
                                                                                                      TOTAL: 4

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:  
          DAVID M. OFFEN    on behalf of Debtor Shawn M. Dyches dmo160west@gmail.com,  
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
           philaecf@gmail.com  
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Prestige Financial Services  
           ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                            TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SHAWN M. DYCHES )<br>　　**Debtor(s)** )<br>　　　　　　　　　　　　　　　　　　　 )<br>PRESTIGE FINANCIAL SERVICES )<br>　　**Moving Party** )<br>　　　　　　　　　　　　　　　　　　　 )<br>　　v. )<br>　　　　　　　　　　　　　　　　　　　 )<br>SHAWN M. DYCHES )<br>　　**Respondent(s)** )<br>　　　　　　　　　　　　　　　　　　　 )<br>WILLIAM C. MILLER )<br>　　**Trustee** )<br>　　　　　　　　　　　　　　　　　　　 )<br>_____ ) | CHAPTER 13<br><br>Case No.: 20-11199 (MDC) |

**ORDER APPROVING STIPULATION**

　　IT IS HEREBY ORDERED that the Stipulation between Prestige Financial Services and the Debtor in settlement of the Objection To Confirmation, and filed on or about July 22, 2020 in the above matter is APPROVED.

Dated:　July 23, 2020

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_Magdeline D. Coleman_
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAGDELINE D. COLEMAN
　　　　　　　　　　　　　　　　　　　　CHIEF U.S. BANKRUPTCY JUDGE