IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Shawn Dyches | : | No. 20-11199-MDC |
| Debtor | : | |

## **CERTIFICATION OF NO RESPONSE**

I, David M. Offen, attorney for the above named debtor, hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Approve Loan Modification and respectfully request that the Order attached to the Motion be approved.

/s/  David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated: February 18, 2021