IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SHAWN M. DYCHES )<br>**Debtor(s)** )<br> )<br>PRESTIGE FINANCIAL SERVICES )<br>**Moving Party** )<br> )<br>v. )<br> )<br>SHAWN M. DYCHES )<br>**Respondent(s)** )<br> )<br>WILLIAM C. MILLER )<br>**Trustee** )<br> )<br> )<br> ) | CHAPTER 13<br><br>Case No.: 20-11199 (MDC) |

### PRAECIPE WITHDRAWING PRESTIGE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Prestige Financial Services' Objection To Confirmation, filed on or about March 17, 2020 in the above-referenced case, number 13 on the docket.

Date: 4/30/21

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Prestige Financial Services