United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                 Case No. 20-11199-mdc

Shawn M. Dyches                                                                           Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                       User: admin                                                  Page 1 of 2

Date Rcvd: May 27, 2021                               Form ID: 155                                       Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawn M. Dyches, 202 Stearly Street, Philadelphia, PA 19111-5915 |
| 14473914 | + | Abington Jefferson Health, Business Services Department, 1200 Old York Road, Abington, PA 19001-3720 |
| 14488608 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14473919 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14473920 | | Green Dot Bank/cardwor, Attn Credit Disputes, Provo, UT 84603 |
| 14473921 | | Internal Revenue Service, ACS SUPPORT - STOP 5050, PO BOX 21236, Kansas City, MO 64121-9236 |
| 14473922 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14495941 | + | MIDFIRST BANK, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14495728 | + | MIDFIRST BANK, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14473923 | | Main Line Health, Patient Payments, P.O. Box 780163, Philadelphia, PA 19178-0163 |
| 14473928 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14473930 | | Pro Co, P.O. Box 505, Linden, MI 48451-0505 |
| 14473931 | + | RAY and GWENDOLYN FLOURNOY H/W, 200 STEARLY STREET, Philadelphia, PA 19111-5915 |
| 14501204 | + | Ray and Gwendolyn Flouroy, Sr, 200 Stearly Street, Philadelphia, PA 19111, Philadelphia, PA 19111-5915 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14479664 | Email/Text: megan.harper@phila.gov | May 28 2021 02:10:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14473915 | Email/Text: megan.harper@phila.gov | May 28 2021 02:10:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 14473916 | Email/Text: megan.harper@phila.gov | May 28 2021 02:10:00 | City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14473918 | + Email/PDF: creditonebknotifications@resurgent.com | May 28 2021 02:23:28 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14501186 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 28 2021 02:22:26 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14473926 | + Email/Text: bankruptcydpt@mcmcg.com | May 28 2021 02:10:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14473927 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 28 2021 02:24:27 | Midland Mtg/Midfirst, 999 Nw Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14482581 | + Email/Text: bankruptcy@gopfs.com | May 28 2021 02:10:00 | PRESTIGE FINANCIAL SERVICES, PO BOX 26707, SALT LAKE CITY, UT 84126-0707 |
| 14473929 | + Email/Text: bankruptcy@gopfs.com | May 28 2021 02:10:00 | Prestige Financial Svc, 1420 S. 500 W, Salt Lake City, UT 84115-5149 |
| 14473932 | + Email/Text: joey@rmscollect.com | | |

Case 20-11199-mdc  Doc 62  Filed 05/29/21  Entered 05/30/21 00:43:08  Desc Imaged
Certificate of Notice  Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 27, 2021 | Form ID: 155 | Total Noticed: 26 |

|  |  |  | May 28 2021 02:10:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |
|---|---|---|---|---|
| 14476626 |  | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
|  |  |  | May 28 2021 02:24:27 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14473933 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
|  |  |  | May 28 2021 02:09:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14473917 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14473924 | * | Main Line Health, Patient Payments, P.O. Box 780163, Philadelphia, PA 19178-0163 |
| 14473925 | * | Main Line Health, Patient Payments, P.O. Box 780163, Philadelphia, PA 19178-0163 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 29, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Shawn M. Dyches dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Prestige Financial Services ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Shawn M. Dyches
      Debtor(s)                                          Chapter: 13

                                                          Bankruptcy No: 20−11199−mdc
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 27th of May 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                              Magdeline D. Coleman
                                                              Chief Judge ,
                                                              United States Bankruptcy Court

                                                                               60
                                                                        Form 155