# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shawn M. Dyches aka Shawn Howell<br>          Debtor(s)<br><br>MIDFIRST BANK, its successors and/or assigns<br>          Movant<br>     vs.<br><br>Shawn M. Dyches aka Shawn Howell<br>          Debtor(s)<br><br>William C. Miller Esq.<br>          Trustee | CHAPTER 13<br><br><br><br><br>NO. 20-11199 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about **July 2, 2020, docket number 19**.

                                                              Respectfully submitted,


                                                              /s/ Rebecca A. Solarz, Esq.
                                                              _____

                                                              Rebecca A. Solarz, Esquire
                                                              KML Law Group, P.C.
                                                              BNY Mellon Independence Center
                                                              701 Market Street, Suite 5000
                                                              Philadelphia, PA  19106
                                                              Phone: (215)-627-1322

Dated: July 2, 2021