United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11199-mdc |
| Shawn M. Dyches | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawn M. Dyches, 202 Stearly Street, Philadelphia, PA 19111-5915 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Shawn M. Dyches dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Prestige Financial Services ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

District/off: 0313-2            User: admin            Page 2 of 2
Date Rcvd: Jul 12, 2021            Form ID: pdf900            Total Noticed: 1
TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Shawn M. Dyches | ) | Chapter 13 |
| | ) | |
| | ) | 20-11199-MDC |
| Debtor(s) | ) | |
| | ) | |

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,250.00 is allowed and the balance in the amount of $4,250.00 shall be paid by the Chapter 13 Trustee to the extent provided for by the plan.

_Magdeline D. Coleman_    July 9, 2021
HONORABLE MAGDELINE D. COLEMAN    DATED:
CHIEF U.S. BANKRUPTCY JUDGE