# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shawn M. Dyches aka Shawn Howell<br>            Debtor(s) | |
| | CHAPTER 13 |
| MIDFIRST BANK, its successors and/or assigns<br>            Movant<br>    vs. | |
| Shawn M. Dyches aka Shawn Howell<br>            Debtor(s) | NO. 20-11199 MDC |
| Kenneth E. West Esq.<br>            Trustee | |
| | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of MIDFIRST BANK, which was filed with the Court on or about June 26, 2022 (document no. 77).

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: 1/28/2022