IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Shawn M. Dyches | : | No. 20-11199-mdc |
| **Debtor** | : | |

CERTIFICATION OF NO RESPONSE TO
MOTION TO APPROVE LOAN MODIFICATION

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Approve Loan Modification and respectfully request that the Order attached to the Motion be approved.

**Dated:** 05/22/2023

/s/ David M. Offen
**Attorney for Debtor**
**Suite 160 West, Curtis Center**
**601 Walnut Street**
**Philadelphia, PA  19106**
**215-625-9600**