IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Shawn M. Dyches | : | NO.  20-11199-mdc |
| | : | |

<u>ORDER</u>

AND NOW, upon consideration of the Motion to Approve the loan modification, it is hereby Ordered and Decreed that the Motion is approved and Midland Mortgage can proceed with the loan modification on the property located at 202 Stearly Street Philadelphia, PA 19111.

June 1, 2023
_____
Date

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY COURT

cc:

Kenneth E. West, Esquire, Trustee

David M. Offen, Esquire