Certificate Number: 12433-PAE-DE-037627803

Bankruptcy Case Number: 20-11199



12433-PAE-DE-037627803

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2023, at 5:21 o'clock PM EDT, Shawn M. Dyches completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 27, 2023                    By:    /s/Lance Brechbill

Name:  Lance Brechbill

Title:  Teacher