United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-11199-mdc

Shawn M. Dyches     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jul 28, 2023     Form ID: 138OBJ     Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawn M. Dyches, 202 Stearly Street, Philadelphia, PA 19111-5915 |
| 14473914 | + | Abington Jefferson Health, Business Services Department, 1200 Old York Road, Abington, PA 19001-3720 |
| 14473920 | | Green Dot Bank/cardwor, Attn Credit Disputes, Provo, UT 84603 |
| 14473921 | | Internal Revenue Service, ACS SUPPORT - STOP 5050, PO BOX 21236, Kansas City, MO 64121-9236 |
| 14495941 | + | MIDFIRST BANK, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14495728 | + | MIDFIRST BANK, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14473923 | | Main Line Health, Patient Payments, P.O. Box 780163, Philadelphia, PA 19178-0163 |
| 14473930 | | Pro Co, P.O. Box 505, Linden, MI 48451-0505 |
| 14473931 | + | RAY and GWENDOLYN FLOURNOY H/W, 200 STEARLY STREET, Philadelphia, PA 19111-5915 |
| 14501204 | + | Ray and Gwendolyn Flouroy, Sr, 200 Stearly Street, Philadelphia, PA 19111, Philadelphia, PA 19111-5915 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 28 2023 22:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2023 22:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14479664 | | Email/Text: megan.harper@phila.gov | Jul 28 2023 22:57:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14473915 | | Email/Text: megan.harper@phila.gov | Jul 28 2023 22:57:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 14473916 | | Email/Text: megan.harper@phila.gov | Jul 28 2023 22:57:00 | City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14473918 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 28 2023 23:08:51 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14488608 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 28 2023 22:57:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14473919 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 28 2023 23:08:50 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14473922 | ^ | MEBN | Jul 28 2023 22:56:15 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14501186 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 28 2023 23:08:50 | MidFirst Bank, 999 NorthWest Grand Boulevard, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73118-6051 |
| 14473926 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2023 22:57:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14473927 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 28 2023 23:08:54 | Midland Mtg/Midfirst, 999 Nw Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14620184 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 28 2023 23:08:51 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14473928 | ^ | MEBN | Jul 28 2023 22:56:25 | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14482581 | + | Email/Text: bankruptcy@gopfs.com | Jul 28 2023 22:57:00 | PRESTIGE FINANCIAL SERVICES, PO BOX 26707, SALT LAKE CITY, UT 84126-0707 |
| 14473929 | + | Email/Text: bankruptcy@gopfs.com | Jul 28 2023 22:57:00 | Prestige Financial Svc, 1420 S. 500 W, Salt Lake City, UT 84115-5149 |
| 14473932 | + | Email/Text: joey@rmscollect.com | Jul 28 2023 22:57:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |
| 14476626 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 28 2023 23:08:57 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14473933 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 28 2023 22:57:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14473917 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14473924 | * | Main Line Health, Patient Payments, P.O. Box 780163, Philadelphia, PA 19178-0163 |
| 14473925 | * | Main Line Health, Patient Payments, P.O. Box 780163, Philadelphia, PA 19178-0163 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2023 at the address(es) listed below:

**Name**            **Email Address**
BRIAN CRAIG NICHOLAS

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 28, 2023 | Form ID: 138OBJ | Total Noticed: 29

| | |
|---|---|
| | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Shawn M. Dyches dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Prestige Financial Services ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Shawn M. Dyches

        Debtor(s)                              Case No: 20−11199−mdc

                                                      Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/28/23